IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK LOTO, ET AL., § | | |
|    PLAINTIFFS, § | | |
| § | | |
| V. § | CASE NO. 3:18-cv-2644-M-BK | |
| § | | |
| PINGORA LOAN SERVICING, LLC, § | | |
|    DEFENDANTS. § | | |

**ORDER ACCEPTING FINDINGS CONCLUSIONS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

*Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Brief in Support*, Doc. 6, is **GRANTED IN PART**, and Plaintiffs' Quiet Title and Texas Fair Debt Collection Act claims are **DISMISSED WITH PREJUDICE**, leaving only Plaintiff's breach of contract claim pending.

**SO ORDERED** this 11th day of July, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE